Tract.NO.C-396-010432-1249395-A
WR-83621-02    83,621-02

LARRY JOE MORGAN

VS.

STATE OF TEXAS,

IN PECOS COUNTY, TEXAS

§    IN THE COURT OF
§    CRIMINAL APPEALS
§    OF TEXAS
§    AUSTIN DIVISION
§         AND
§    THE COURT OF APPEALS
§    COURT OF _____ DISTRICT
§         OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 04 2015
Abel Acosta, Clerk

## AFFIDAVIT FOR LARRY JOE MORGAN

"I am Larry Joe Morgan and I am the applicant in this case. I am over 18 years of age and competent to make this affidavit. I have personal Knowledge of the facts in this affidavit."

From the time I was first represented by my trial attorney Scott Walker I informed him that I had acted in self defense in this case and that I was therefore Not guilty. I was not aware that in order to use the defense of Self defense I would have to testify at the guilt phase of my trial. My attorney Never Made me aware of this Crucial information.

I told my counsel Mr. Walker that I wanted to testify; After all of the State's witnesses had testified and the state had rested, I beleave, thats when Mr Walker and his investigator, Ms. Cynthia Torrez came to me with urgency to not testify. Mr Walker

# AFFIDAVIT

assured me that the trial went well as I knew it did because of all the conflicting testimonies by the state's witnesses.

counsel also told me not to testify and if I did I would be found guilty. I could get up to 99 years, but if I did not testify I will be found not guilty. Mr. Walker (never) told me he was taking self defense, because he knew I would have (never) agreed knowing that. Mr Walker knew I was in GED classes while in Jail. Mr. Walker took advanage of my literacy.

Upon his assurance and only with his assurance I did not take the stand and was found guilty. Had he not put Fear in my heart, about the 99 years, and would have told me he was taking self defense off the table, I would have took the stand as I had told my brothers in Christ back in the pod in the prayer circle. I have a sworn affidavit of that Fact with a number of signatures. Had he gave me the necessary information I would have testified to the events of that afternoon in the same manner that I did during my punishment phase of trial as recorded in the

# AFFIDAVIT

trial record.

There were 911 Callers of the events of the afternoon. I heard several calls,(but) one stuck out more than the others it was very last caller on the CD-ROM that the counsel played, my counsel Mr. walker. I quote the lady she described what the assailant was wearing just as well as what I were wearing, she said I was being attacked and then she said let her get around the corner so they can't see me. That's when my counsel turned it off. I need to make this part very clear the format of the CD-ROM was the last caller was first and so on well the last caller on the CD-ROM was the assailant's girl friend, which makes her a lyer because she said she was just getting there from work,(but) she testified in trial that she was satting next to the assailant when I came and cut him with his leg cross. However this is not the caller I been speaking of these last two years, the caller I am speaking of is the last caller played on the CD-ROM during trial.

This caller may have known him (but) she did not know me,(but) her call was favorable to me. Had counsel Identified her

# AFFIDAVIT

From her phone Number, and interviewed her and Subpoenaed her, she would have amplified her Statements on the call. Her descriptions was the events as they were taking place, and was also contrary to the State's witnesses.

Counsel had four additional CD-ROMS at his desposal, ("I Saw them") when he sat them on the table before me. I believe he had every intention to play them (but), for some odd reason he did Not. I believe Not playing the additional CD-ROMS was another erroneous decision.

Applicant told counsel when he was attacked by the assailants it was between 3:45 pm and 4:45 pm, therefore, it were Strange when I was revived by Med Star at the crime Scene it was dust dark, meaning it was about 8:45 pm. IN August it gets dark about 9:00 pm. So if I was Knocked unconscious at as late as 5:00 pm 3 hours, and 45 minutes is unaccountable for.

I told this to counsel in person upon our first meeting and as you will see I mentions it in the attached letters.

# AFFIDAVIT

Further, its a Probability the five CD-ROMs will solve the loss of 3 hours and 45 mintues for the applicant, and the Court.

Its a fact the Second time I was Stabbed I was unconscious. It is also a fact I saw the complainant blood on my Sheetrock Knife from defending myself from being Stomped heavily after he Knocked me to the ground.

Again these CD-ROM discs houses Some tanigble information, to Keep them will be great in-justice if they are not (UN)Concealed.

My Counsel Mr. S. Walker ("Never") delivered my client files to me, therefore, mr. Walker is continuing to imped my case, according to the Texas Board of Disciplinary rule 1.14 Safe Keeping Property (b), Mr. Walker Should have delivered me my Client Files upon request. Furthermore, I have documentation that said he has 261 items. I have mailed mr. Walker numerous of request for my client file, and I have gotten ("No reply");

Again this 911 Caller I speak of was representing that I was being attacked. Counsel failed to Identify, and investigate

# AFFIDAVIT

her this cannot be considered sound trial strategy. She held facutal information disclosing I was in fact being attacked by the State's chief Complainor, who was the assailant in this matter.

"I am unable to obtain listen to or create a transcript of this caller without the disclosure of the trial reporter records, therefore I am being impeded to do a meaningful 11.07. writ of Habeas Corpus."

"I have presented material facts that is still unresolved, and is misrepresented by Trial Counsels as the issues Complained of. Trial Counsels failed to investigate all the 911 calls Specially the one mention in my motion to abyance my 11.07 and herein this affidavit. Which is Crucial to the defense of Self-defense and also a disinterested third party."

Had Mr. Walker listened and understood me in my description of the events he would have known the cut on the Complainant's leg was caused by the Complainant Stomping me, the heel of his foot were also injured.

I had no idea the assailants was fixing to attack me. (They had no reason to).

# AFFIDAVIT

Further, if the assailant told the police I was chasing him as he did, I would had to be a really fast runner to cut on the inside of his leg, as he told the police. Further, I told my counsel I have two plates, and 15 screws in my right leg its impossible for me to run fast, my 12 years old daugther can out run me.

Again its hard to decipher counsel reason for failure of subpoenaing the arresting officer. Counsel failed to give his client an opportunity to show physical evidence by not doing DNA testing. Further, Mr. Salazar statement in my bond reduction hearing was crucial to my defense of self-defense.

Inclosing all the facts herein and in my motion to abyance my 11.07 shows clearly counsel's erroneous performance, and clearly shows ineffective assistance of counsel, and to add to it counsels impeding my appeals by not delivering me my client files as requested so many times. This is not action of reasonableness its sabotage, and should be dealt with as such. By me being attacked by the three perpetrators; the complainanor first beat me on top my head with his fist causing severe bleeding of the front portion of my head afterward stabbing before knock-

# AFFIDAVIT

ing me unconscious by the third person, this blow was in the back of my head while the other perpetrator was keeping me busy stabbing at me from the front. This causing me to have ("three mri's, staples, and stitches afterwards, the hold top portion of my head was one big scab.").

"Now I have short term memory lost Arthritis in the hands I held up trying to defend myself. And the perpetrators is loose free to attack someone else."

I am requesting appointment of Counsel in the interest of Justice. Again my actual relief is granting my 11.07 so that Justice will be served. My second form of relief is to grant my Abyance, and allow me the Tools, which is my Trial records as requested so I can do a meaningful 11.07 in the interest of Justice.

This Conclude my affidavit.

## VERIFICATION

I, LARRY JOE MORGAN, TDCJ-ID# 1847262 being presently incarcerated at James A. Lynaugh Unit of TDCJ declare under penalty of perjury that the foregoing facts are true and correct.

Larry Morgan
Date 12 21 2015
10.98 S. HWY 2037
FT STOCKTON TX.
79735